**DISMISS; and Opinion Filed December 28, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01457-CR

**JACKIE DON MARTIN, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Grayson County, Texas**
**Trial Court Cause No. 2015-1-0882**

## MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Whitehill
Opinion by Justice Fillmore

Jackie Don Martin pleaded guilty to assault involving family violence. Pursuant to a plea agreement, the trial court deferred adjudication of Martin's guilt and placed him on twenty-four months' community supervision. Martin waived his right to appeal as part of the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court has certified both that Martin waived his right to appeal and that the case involves a plea bargain and Martin has no right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005). We dismiss the appeal for want of jurisdiction.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

151457F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JACKIE DON MARTIN, Appellant

No. 05-15-01457-CR　　　V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 1, Grayson County, Texas
Trial Court Cause No. 2015-1-0882.
Opinion delivered by Justice Fillmore, Justices Myers and Whitehill participating.

　　　Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.


Judgment entered this 28th day of December, 2015.